IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Nadia Mary Metroka                                                   Case number: 24-cv-60127

Petitioner,

v.

Keri Joseph, individually and/or
as Agent of the Broward County
Grievance Committee

Respondent.
_____/

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that the undersigned hereby withdraws the Rule 11 Motion for Sanctions that was filed on January 24, 2024 due to an inadvertent filing error.

The Rule 11 Motion for Sanctions was filed in error and is not intended for consideration by the Court. Accordingly, the undersigned respectfully requests that the Clerk of the Court remove the Rule 11 Motion for Sanctions from the docket and that the Court take no action with respect to it.

Respectfully Submitted,
/x/*Nadia Mary Metroka Esq.*
1300 Washington Avenue
P.O. Box 191452
Miami Beach, Florida 33119
(305) 906-2704
NadiaMetroka@gmail.com
*Pro Se* Plaintiff

## CERTIFICATE OF SERVICE

I, Nadia Mary Metroka Esq,, hereby certify that a true and correct copy of the foregoing request will be served via email and ecf filing this 24th day of January 2024 to Ms. Gypsy Bailey Esq. with the address 651 E. Jefferson Street, Tallahassee, Florida 32399 and email GBailey@floridabar.org.

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Nadia Mary Metroka                                                                    Case number: 24-cv-60127

Petitioner,

v.

Keri Joseph, individually and/or
as Agent of the Broward County
Grievance Committee

Respondent.
_____/

## CERTIFICATION UNDER RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

I, Nadia Mary Metroka Esq, certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

- This document is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.
- The claims, defenses, and legal contentions herein are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law, or the establishment of new law.
- The factual allegations have evidentiary support or will likely have evidentiary support after a reasonable opportunity for investigation or discovery.
- Any denials of factual allegations are warranted on the evidence or, to the extent that such matters are not warranted by evidence, they are based upon a belief or a lack of information in accordance with Rule 11(b) of the Federal Rules of Civil Procedure. 1/24/24.

Respectfully Submitted,
/x/Nadia Mary Metroka Esq.
1300 Washington Avenue
P.O. Box 191452
Miami Beach, Florida 33119
(305) 906-2704
NadiaMetroka@gmail.com
Pro Se Plaintiff
