UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60127-CIV-SINGHAL

NADIA MARY METROKA,

    Plaintiff,

v.

KERI JOSEPH,

    Defendant.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on a *sua sponte* examination of the record. On January 23, 2024, Plaintiff filed a Complaint (DE [1]) but did not pay the court filing fee of $405.00 or file a motion for leave to proceed *in forma pauperis*. On January 23, 2024, Plaintiff was provided a Clerk's Notice instructing Plaintiff to file a Notice of Compliance of Filing Fee and electronically pay the correct fees of $405.00 within 24 hours of this notice. *See* (DE [4]). To date, Plaintiff has not filed a Notice of Compliance of Filing Fee.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that all causes raised herein by Complaint (DE [1]) are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of January 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF