IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Nadia Mary Metroka                                         Case number: 24-cv-60127

Petitioner,

v.

Keri Joseph, individually and/or
as Agent of the Broward County
Grievance Committee

Respondent.
_____/

**REQUEST TO REOPEN THE CASE AND REQUEST FOR EXTENSION TO PAY FILING FEE**

COMES NOW, Plaintiff and files this request to reopen the case and request for an extension to pay the filing fee and as grounds states the following:

1. On January 26, 2024, this Court dismissed Plaintiff's case *without* prejudice because Plaintiff failed to pay the filing fee for the above referenced matter that was filed on January 24. 2024.

2. Unbeknownst to this Court, on January 24, 2024 Plaintiff's counsel requested the Defendant waive service of process in accordance with Florida Ethics Rule 4.5. To wit they declined in violation of Florida Ethics Rule 4.5.

    a. Rule 4.5 states: "A lawyer should accede to reasonable requests for waivers of procedural formalities when the client's legitimate interests are not adversely affected." (*In re Code for Resolving Professionalism Referrals & Amendments to Rule Regulating The Fla. Bar 6-10.3.*, No. SC2023-0884, at *20 (Fla. July 6, 2023)).

3. Thereafter, Plaintiff sent the Defendant a proper Rule 11(c) Safe Harbor letter with the subject motion attached requesting they follow the rules or risk being subjected to sanctions.

4. One of said sanctions that Plaintiff has requested is that the Defendant be made to pay the filing fee in this case.

5. The Defendant has 21 days within which to comply with Rule 4.5 or face potential sanctions.

1

6. The Defendant is required to follow the law. There is nothing about Defendant that makes it above the law or immune to following the Florida Rules of Ethics.

7. Plaintiff is requesting the Court reopen the matter and give the parties an extension of 30 days within which to pay the filing fee.

8. This will give the Defendant enough time to choose to follow the law. Should they choose to do so within the time proscribed by Rule 11 (21 days) then Plaintiff will pay the filing fee as the issue will then become moot. Should they choose further to not follow the law, the Rule 11 sanctions will then become ripe and this Court will then be permitted to exercise it's power to make sure there is compliance with the rules going forward via sanctions. This will assist in making sure this case is resolved efficiently and sufficiently in compliance with the rules.

**WHEREFORE**, Plaintiff respectfully requests the Court reopen the matter and give an extension of 30 days for the filing fee to be paid because same gives sufficient time for the Defendant to comply with rule 4.5 should they choose to do so, or for the Rule 11 sanctions to be heard.

Respectfully Submitted,
/x/*Nadia Mary Metroka Esq.*
1300 Washington Avenue
P.O. Box 191452
Miami Beach, Florida 33119
(305) 906-2704
NadiaMetroka@gmail.com
*Pro Se* Plaintiff

3

**CERTIFICATE OF SERVICE**

I, Nadia Mary Metroka Esq,, hereby certify that a true and correct copy of the foregoing request will be served via email and ecf filing this 27th day of January 2024 to Ms. Gypsy Bailey Esq. with the address 651 E. Jefferson Street, Tallahassee, Florida 32399 and email GBailey@floridabar.org.

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Nadia Mary Metroka                              Case number: 24-cv-60127

Petitioner,

v.

Keri Joseph, individually and/or
as Agent of the Broward County
Grievance Committee

Respondent.
_____/

### CERTIFICATION UNDER RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

I, Nadia Mary Metroka Esq, certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

- This document is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.
- The claims, defenses, and legal contentions herein are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law, or the establishment of new law.
- The factual allegations have evidentiary support or will likely have evidentiary support after a reasonable opportunity for investigation or discovery.
- Any denials of factual allegations are warranted on the evidence or, to the extent that such matters are not warranted by evidence, they are based upon a belief or a lack of information in accordance with Rule 11(b) of the Federal Rules of Civil Procedure. 1/27/24.

Respectfully Submitted,
/x/Nadia Mary Metroka Esq.
1300 Washington Avenue
P.O. Box 191452
Miami Beach, Florida 33119
(305) 906-2704
NadiaMetroka@gmail.com
Pro Se Plaintiff