UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60127-CIV-SINGHAL

NADIA MARY METROKA,

    Plaintiff,

v.

KERI JOSEPH,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Request to Reopen the Case and Request for Extension to Pay Filing Fee (DE [9]). On January 23, 2024, Plaintiff filed a Complaint (DE [1]) but did not pay the court filing fee of $405.00 or file a motion for leave to proceed *in forma pauperis*. On January 23, 2024, Plaintiff was provided a Clerk's Notice instructing Plaintiff to file a Notice of Compliance of Filing Fee and electronically pay the correct fees of $405.00 within 24 hours of this notice. *See* (DE [4]). With no timely compliance with (DE [4]), the Court entered an Order of Dismissal on January 25, 2024, dismissing the Complaint without prejudice and closing the case. *See* (DE [8]).

Plaintiff requests that the Court reopen the case and grant a 30-day extension for the court filing fee to be paid. *See* (DE [9]). Plaintiff asserts that she will pay the filing fee if the Defendant waives service of process, or, alternatively, Plaintiff will request that Defendant be made to pay the filing fee as a sanction if Defendant refuses to waive service of process. *Id.* at 1-2.

Under 28 U.S.C. § 1914(a), "[t]he clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee . . . ." "To commence a civil lawsuit in

federal district court, the general rule is that initiating parties must prepay a filing fee." *Rivera v. Allin*, 144 F.3d 719, 722 (11th Cir. 1998) (citing 28 U.S.C. § 1914(a)), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007).  Plaintiff is not entitled to proceed with this action without paying the filing fee at this stage.  Because this case is closed, Plaintiff must commence a new action and either pay the court filing fee or file a motion for leave to proceed *in forma pauperis* if Plaintiff intends to proceed with this litigation.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Request to Reopen the Case and Request for Extension to Pay Filing Fee (DE [9]) is **DENIED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of January 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF