IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Nadia Mary Metroka                                              Case number: 24-cv-60127

Petitioner,

v.

Keri Joseph, individually and/or
as Agent of the Broward County
Grievance Committee

Respondent.
_____/

MOTION REQUESTING RECONSIDERATION

COMES NOW, Plaintiff and files this motion requesting the Court reconsider it's order denying Plaintiff's motion requesting an extension of time and as grounds provides the following:

    1.  Shortly after this Court entered it's order denying Plaintiff's request for an extension of time Plaintiff fell very ill and has been ill since. As a result, Plaintiff has been unable to take the action necessary to make payment of the filing fee.

WHEREFORE, Plaintiff is respectfully requesting an extension of 15-30 days to make payment of same.

Respectfully Submitted,
/x/*Nadia Mary Metroka Esq.*
1300 Washington Avenue
P.O. Box 191452
Miami Beach, Florida 33119
(305) 906-2704
NadiaMetroka@gmail.com
*Pro Se* Plaintiff

## CERTIFICATE OF SERVICE

I, Nadia Mary Metroka Esq,, hereby certify that a true and correct copy of the foregoing request will be served via email and ecf filing this 9th day of February 2024 to Ms. Gypsy Bailey Esq. with the address 651 E. Jefferson Street, Tallahassee, Florida 32399 and email GBailey@floridabar.org.

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Nadia Mary Metroka                                         Case number: 24-cv-60127

Petitioner,

v.

Keri Joseph, individually and/or
as Agent of the Broward County
Grievance Committee

Respondent.
_____/

**CERTIFICATION UNDER RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

I, Nadia Mary Metroka Esq, certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

- This document is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.
- The claims, defenses, and legal contentions herein are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law, or the establishment of new law.
- The factual allegations have evidentiary support or will likely have evidentiary support after a reasonable opportunity for investigation or discovery.
- Any denials of factual allegations are warranted on the evidence or, to the extent that such matters are not warranted by evidence, they are based upon a belief or a lack of information in accordance with Rule 11(b) of the Federal Rules of Civil Procedure. 2/9/24.

Respectfully Submitted,
/x/Nadia Mary Metroka Esq.
1300 Washington Avenue
P.O. Box 191452
Miami Beach, Florida 33119
(305) 906-2704
NadiaMetroka@gmail.com
Pro Se Plaintiff